IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CENTER FOR TRIBAL WATER ADVOCACY,** | 06-CV-708-SU |
| Plaintiff, | ORDER |
| v. | |
| **CARLOS GUTIERREZ,** Secretary of the Department of Commerce; **NATIONAL MARINE FISHERIES SERVICE; P. LYNN SCARLETT,** Acting Secretary of the Department of the Interior; **U.S. FISH AND WILDLIFE SERVICE; U.S. FOREST SERVICE; LINDA GOODMAN,** Regional Forester, Oregon/Washington USFS; **BARBARA C. WALKER,** District Ranger, Wallowa-Whitman National Forest, | |
| Defendants. | |

**HAROLD S. SHEPARD**
Center for Water Advocacy
P.O. Box 583
Clifton, CO 81520
(541) 377-0960

        Attorneys for Plaintiff

1  -  ORDER

**VAL J. BLACK**
U.S. Department of Agriculture
Office of General Counsel
1734 Federal Building
1220 SW Third Avenue
Portland, OR 97204
(503) 326-7261

**SUE ELLEN WOOLDRIDGE**
Assistant Attorney General
**COBY HOWELL**
Trial Attorney
U.S. Department of Justice
Environmental and Natural Resources Division
c/o U.S. Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1023

        Attorneys for Defendants Carlos Gutierrez and
        National Marine Fisheries Service

**KARIN J. IMMERGUT**
United States Attorney
**STEPHEN J. ODELL**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1024

**SUE ELLEN WOOLDRIDGE**
Assistant Attorney General
**COBY HOWELL**
Trial Attorney
U.S. Department of Justice
Environmental and Natural Resources Division
c/o U.S. Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1023

        Attorneys for Defendants P. Lynn Scarlett, U.S.
        Fish and Wildlife Service, U.S. Forest Service,
        Linda Goodman, and Barbara C. Walker

2  -  ORDER

**BROWN, Judge.**

Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#44) on November 22, 2006, in which she recommended this Court deny Permittees' Motion to Intervene (#8) as to the liability phase of this matter, but allow Permittees to appear as *amicus curiae* during that phase.  The Magistrate Judge also recommended the Court grant the Permittees' Motion to Intervene as to the remedial phase of the litigation.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.


### CONCLUSION

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and Recommendation (#44).  Accordingly, the Court **DENIES** Permittees' Motion to Intervene (#8) as to the liability phase of the matter, but **ALLOWS** Permittees to appear as *amicus curiae* during that

phase.  The Court **GRANTS** Permittees' Motion to Intervene (#8) as to the remedial phase of the litigation.

 IT IS SO ORDERED.

 DATED this 12th day of February, 2007.


                                    /s/ Anna J. Brown
                                    _____
                                    ANNA J. BROWN
                                    United States District Judge

4 - ORDER